AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MADELINE M. COX

**SUMMONS IN A CIVIL CASE**

V.

GRAPHIC COMMUNICATIONS
CONFERENCE/INTERNATIONAL
BROTHERHOOD OF TEAMSTERS, et al.

CASE NUMBER: 1:08-cv-00873

TO: (Name and address of Defendant)

GEORGE TEDESCHI
1900 L Street, NW
Washington, DC 20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Geoffrey M. Bohn
BOHN & KOURETAS, PLC
P.O. Box 17811
Arlington, VA 22216

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          JUN 02 2008

CLERK                            DATE

_Jackie Francis_

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Madeline M. Cox <br><br> Plaintiff <br><br> v. <br><br> Graphic Communications Conference / International Brotherhood of Teamsters, et al. <br><br> Defendant | ) <br> ) <br> ) <br> ) Case No.: 1:08-cv-0873 <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Frederick Parsons, Jr., having been duly authorized to make service of the Summons and Complaint with Exhibits on George Tedeschi in the above entitled case, hereby depose and say:

That I am over the age of eighteen and not a party to or otherwise interested in this suit.

That I am a private process server and my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on June 23, 2008 at 7:40 PM, I served the within Summons and Complaint with Exhibits on George Tedeschi at 3907 Arbor Crest Way, Rockville, Maryland 20853 by serving George Tedeschi, personally. Described herein:

Gender: Male    Race/Skin: White    Hair: Grey/Bald    Age: 60    Height: 5'11"    Weight: 170

Executed on: 6.24.08

Frederick Parsons, Jr.
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050