AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MADELINE M. COX

**SUMMONS IN A CIVIL CASE**

V.

GRAPHIC COMMUNICATIONS
CONFERENCE/INTERNATIONAL
BROTHERHOOD OF TEAMSTERS, et al.

CASE NUMBER: 1:08-cv-00873

TO: (Name and address of Defendant)

BOARD OF TRUSTEES OF THE GRAPHIC
COMMUNICATIONS NATIONAL HEALTH AND WELFARE
FUND
1900 L Street, NW
Washington, DC 20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Geoffrey M. Bohn
BOHN & KOURETAS, PLC
P.O. Box 17811
Arlington, VA 22216

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

JUN 02 2008

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Madeline M. Cox | ) |
| | ) |
| Plaintiff | ) Case No.: 1:08-cv-0873 |
| | ) |
| v. | ) |
| Board of Trustees of Graphic Communications National Health and Welfare Fund, et al. | ) |
| | ) |
| Defendant | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons and Complaint with Exhibits on Board of Trustees of Graphic Communications National Health and Welfare Fund c/o Robert Lacey, Secretary to the Fund in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on June 16, 2008 at 11:39 AM, I served the within Summons and Complaint with Exhibits on Board of Trustees of Graphic Communications National Health and Welfare Fund c/o Robert Lacey, Secretary to the Fund at 1900 L Street, NW, Washington, DC 20036 by serving Robert Lacey, Secretary and Treasurer, authorized to accept. Described herein:

Gender: Male     Race/Skin: White     Hair: Blonde     Age: 50     Height: 6'0"     Weight: 150

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6-18-08
Executed on:

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050