**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MADELINE M. COX | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 1:08-cv-00873--CKK |
| | : | |
| GRAPHIC COMMUNICATIONS | : | |
| CONFERENCE/INTERNATIONAL | : | |
| BROTHERHOOD OF TEAMSTERS, *et al.* | : | |
| | : | |
| Defendants. | : | |

**CONSENT MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Madeline M. Cox, by her attorneys, and having obtained consent from defendants' counsel, Peter J. Leff, Esq., as to the requested relief sought, hereby moves for an extension of time to file a response to defendants' Motion To Dismiss Or, In The Alternative, Motion for Summary Judgment ("Motion to Dismiss"), saying as follows:

On or about August 5, 2008, defendants filed their Motion to Dismiss plaintiff's Complaint. Given the complexity of the arguments raised therein, prior courtesies exchanged between the parties' counsel, and the scheduling conflicts currently existing for plaintiff's counsel, plaintiff's counsel sought and obtained an extension of time to respond to defendants' Motion to Dismiss. Specifically, the parties, by counsel, agreed that plaintiff could file her referenced response by October 1, 2008.

WHEREFORE, given the foregoing good and valid reasons, plaintiff respectfully requests that the Court to grant her Consent Motion and enter the attached proposed Consent Order, setting a new deadline of October 1, 2008, for plaintiff to respond to defendants' Motion

to Dismiss.

MADELINE M. COX


  ___/s/ Geoffrey M. Bohn_____
Geoffrey M. Bohn
Robert A. Battey
BOHN & KOURETAS, PLC
P.O. Box 17811
Arlington, VA 22216
Tel: (703) 599-7076
Fax: (703) 842-8089

Charles R. Both (D.C. Bar #42424)
1666 Connecticut Ave. N.W., Suite 500
Washington, D.C. 20009
Tel: (202) 833-9060
Fax: (202) 463-6686

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on this 18TH day of August, 2008, a copy of the foregoing and proposed Consent Order was filed with the Court's electronic system, and opposing parties and the judge were served consistently with those procedures.


  ___/s/ Geoffrey M. Bohn_____
Geoffrey M. Bohn

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MADELINE M. COX | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   1:08-cv-00873--CKK |
| | : |
| GRAPHIC COMMUNICATIONS | : |
| CONFERENCE/INTERNATIONAL | : |
| BROTHERHOOD OF TEAMSTERS, *et al*. | : |
| | : |
|     Defendants. | : |

### CONSENT ORDER

UPON CONSIDERATION of plaintiff's Consent Motion For Extension Of Time To Respond To Defendants' Motion To Dismiss ("Consent Motion"), and good cause having been shown, it is hereby,

ORDERED, that plaintiff's Consent Motion is GRANTED, and it is further,

ORDERED, that plaintiff shall file her response to defendants' Motion To Dismiss Or, In The Alternative, Motion For Summary Judgment, no later than October 1, 2008.

_____
Judge Colleen Kollar-Kotelly

Copies to:

Geoffrey M. Bohn, Esq.
Robert A. Battey, Esq.
BOHN & KOURETAS, PLC
P.O. Box 17811
Arlington, VA 22216

Charles R. Both, Esq.
1666 Connecticut Ave. N.W., Suite 500
Washington, D.C. 20009

Peter J. Leff, Esq.
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street NW
Suite 1200
Washington, D.C. 20005